UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1225
(2:18-mn-02873-RMG)
(2:23-cv-03230-RMG)

_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

        Appellant

v.

PLAINTIFFS

        Plaintiffs - Appellees

and

THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; E. I. DUPONT DE NEMOURS & COMPANY; CORTEVA INC.; DUPONT DE NEMOURS INC.

        Defendants - Appellees

and

W.L. GORE & ASSOCIATES; STATE OF NEW JERSEY; STEDFAST USA INC.; KIDDE-FENWAL INC.; KIDDE PLC INC.; CARRIER FIRE & SECURITY AMERICAS CORPORATION, f/k/a UTC Fire & Security Americas Corporation; ARCHROMA MANAGEMENT LLC; AYRES ASSOCIATES INC.; BAYER CORPORATION; ROBERT E. LEE, INC.; MALLORY SAFETY

& SUPPLY; AGC INC.; SAFETY COMPONENTS, INC.; UNITED STATES OF AMERICA; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; MIDDLESEX COUNTY FIRE MARSHAL; 3M COMPANY; AGC CHEMICALS AMERICAS INC.; AFCO AVPORTS LLC; ALLSTAR FIRE EQUIPTMENT; AMEREX CORPORATION; ARCHROMA U.S., INC.; ARKEMA INC.; BASF CORPORATION; CARRIER GLOBAL CORP.; CHEMGUARD INC.; CHEMICALS INC; CHUBB FIRE, LTD.; CLARIANT CORPORATION; DAIKIN AMERICA INC.; DEFENDANTS; DYNAX CORPORATION; FBS TIRE RECYCLING, INC.; FIRE SERVICE PLUS INC.; FIRE-DEX LLC; HONEYWELL INTERNATIONAL, INC.; MATLICK ENTERPRISES, INC.; MINE SAFETY APPLICANCES COMPANY, LLC; NSK CORPORATION; NATION FORD CHEMICAL COMPANY; NATIONAL FOAM, INCORPORATED; NORTHEAST RESCUE SYSTEMS, INC.; PBI PERFORMANCE PRODUCTS, INC.; PERIMETER SOLUTIONS LP; PHILLIPS 66 PIPELINE LLC; RAYTHEON TECHNOLOGIES CORPORATION; SOUTHERN MILLS, INC.; TYCO FIRE PRODUCTS LP; WILLFIRE HC LLC

    Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Originating Case Number | 2:18-mn-02873-RMG<br>2:23-cv-03230-RMG |
| Date notice of appeal filed in originating court: | 03/11/2024 |
| Appellant | Metropolitan Water District of Southern California |
| Appellate Case Number | 24-1225 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |