# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 24-1225 - In Re Aqueous Film-Forming |
|---|---|
| **Originating No. & Caption** | MDL No. 2:18-mn-2873-RMG - In Re Aqueous Film-Forming |
| **Originating Court/Agency** | USDC, District of South Carolina, Charleston Division |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | 2/8/24 and 2/26/24 | |
| Date notice of appeal or petition for review filed | 3/11/24 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ☒ Yes | ☐ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ☒ Yes | ☐ No |

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | No. 24-2077 | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

The JPML assigned the district court numerous cases alleging the DuPont Defendants manufactured and distributed per- and polyfluoroalkyl substances (PFAS) that contaminated drinking water supplies across the country. Plaintiffs and DuPont negotiated a settlement and presented it for approval with a request for class certification under Fed. R. Civ. P. 23(b)(3).

The Metropolitan Water District of Southern California (Metropolitan) opted out of the class and filed written objections to the settlement agreement (and to related guidance that accompanied the agreement). Metropolitan pointed out that the guidance purported to release claims belonging to wholesale water providers that have opted out of the class (like Metropolitan). The district court received Metropolitan's objections, overruled them, certified a Rule 23(b)(3) class, approved the settlement, and entered judgment.

Metropolitan noticed an appeal from the judgment and the order approving the settlement in order to challenge the overbroad release. The Fourth Circuit permits appeals by nonparties who have actively participated in district court proceedings and who are aggrieved by a judgment or order. See Doe v. Pub. Citizen, 749 F.3d 246, 259–62 (4th Cir. 2014). Further, to remove any doubts about appellate jurisdiction, Metropolitan also moved to intervene in the district court for the purpose of appealing. The district court has not yet ruled on that motion.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| In a Rule 23(b)(3) class action, does a district court err by approving a settlement agreement containing a release that, by its terms, purports to extend to claims by persons or entities who have opted out of the class? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Amy Rachel McCalib<br>Address: Bartlit Beck LLP<br>54 W Hubbard St, Suite 300<br>Chicago, IL 60654<br><br>E-mail: amy.gore@bartlitbeck.com<br><br>Phone: (312) 494-4400 | Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Joseph Carroll Smith, Jr<br>Address: Bartlit Beck LLP<br>1801 Wewatta Street<br>Suite 1200<br>Denver, CO 80202<br><br>E-mail: joseph.smith@bartlit-beck.com<br><br>Phone: (303) 592-3100 |
| **Adverse Parties (continued)** ||
| Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Katherine LI Hacker<br>Address: Bartlit Beck LLP<br>1801 Wewatta Street<br>Suite 1200<br>Denver, CO 80202<br><br>E-mail: kat.hacker@bartlitbeck.com<br><br>Phone: (303) 592-3100 | Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Molly Hood Craig<br>Address: Hood Law Firm LLC<br>172 Meeting Street<br>Charleston, SC 29401<br><br>E-mail: molly.craig@hoodlaw.com<br><br>Phone: (843) 577-4435 |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: The Metropolitan Water District of Southern Southern California<br><br>Attorney: Mitchell C. Tilner<br>Address: Horvitz & Levy LLP<br>3601 West Olive Avenue, 8th Floor<br>Burbank, California 91505<br><br>E-mail: mtilner@horvitzlevy.com<br><br>Phone: (818) 995-0800 | Name: The Metropolitan Water District of Southern Southern California<br><br>Attorney: Peder K. Batalden,<br>Address: Horvitz & Levy LLP<br>3601 West Olive Avenue, 8th Floor<br>Burbank, California 91505<br><br>E-mail: pbatalden@horvitzlevy.com<br><br>Phone: (818) 995-0800 |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: _/s/ Mitchell C. Tilner_    Date: 4/1/2024

Counsel for: The Metropolitan Water District of Southern California

---

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:    Date:

| **Adverse Parties (continued)** | |
|---|---|
| Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Steven J Nachtwey<br>Address: Bartlit Beck LLP<br>54 W Hubbard St<br>Suite 300<br>Chicago, IL 60654<br><br>E-mail: steven.nachtwey@bartlit-beck.com<br><br>Phone: (312) 494-4400 | Adverse Party: Dupont De Nemours Inc<br>Corteva Inc<br><br>Attorney: Sundeep Addy<br>Address: Bartlit Beck LLP<br>1801 Wewatta Street<br>Suite 1200<br>Denver, CO 80202<br><br>E-mail: rob.addy@bartlit-beck.com<br><br>Phone: (303) 592-3100 |
| **Adverse Parties (continued)** | |
| Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br><br>Attorney: David B Dwerlkotte<br>Address: Shook Hardy and Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br><br>E-mail: dbdwerlkotte@shb.com<br><br>Phone: (816) 474-6550 | Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br>E.I. du Pont de Nemours & Company<br>Attorney: David R Erickson<br>Address: Shook Hardy and Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br><br>E-mail: derickson@shb.com<br><br>Phone: (816) 474-6550 |
| **Adverse Parties (continued)** | |
| Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br>E.I. du Pont de Nemours & Company<br>Attorney: James B Hood<br>Address: Hood Law Firm<br>PO Box 1508<br>Charleston, SC 29402<br><br>E-mail: james.hood@hoodlaw.com<br><br>Phone: (843) 577-4435 | Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br><br>Attorney: Kimbrilee M Weber<br>Address: Norris McLaughlin PA<br>7 Times Square, 21st Floor<br>New York, NY 10036-6524<br><br>E-mail: kmweber@norris-law.com<br><br>Phone: (917) 369-8886 |

| **Adverse Parties (continued)** | |
|---|---|
| Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br><br>Attorney: Margaret Raymond-Flood<br>Address: Norris McLaughlin PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br><br>E-mail: mrflood@norris-law.com<br><br>Phone: (908) 722-0700 | Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br><br>Attorney: Martha N Donovan<br>Address: Martha N Donovan<br>Norris McLaughlin PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br><br>E-mail: mndonovan@norris-law.com<br><br>Phone: (908) 722-0700 |
| **Adverse Parties (continued)** | |
| Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br>E.I. du Pont de Nemours & Company<br>Attorney: Molly Hood Craig<br><br>Address: Hood Law Firm LLC<br>172 Meeting Street<br>Charleston, SC 29401<br><br>E-mail: molly.craig@hoodlaw.com<br><br>Phone: (843) 577-4435 | Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br>E.I. du Pont de Nemours & Company<br>Attorney: Alice W Parham Casey<br><br>Address: Wyche PA (Cola)<br>807 Gervais Street, Suite 301<br>Columbia, SC 29201<br><br>E-mail: tcasey@wyche.com<br><br>Phone: (803) 254-6542 |
| **Adverse Parties (continued)** | |
| Adverse Party: The Chemours Company<br>The Chemours Company FC, LLC<br>E.I. du Pont de Nemours & Company<br>Attorney: Katherine LI Hacker<br><br>Address: Bartlit Beck LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br><br>E-mail: kat.hacker@bartlitbeck.com<br><br>Phone: (303) 592-3100 | Adverse Party: E.I. du Pont de Nemours & Company<br><br>Attorney: Joshua P Ackerman<br><br>Address: Bartlit Beck LLP<br>54 W Hubbard Street<br>Chicago, IL 60654<br><br>E-mail: josh.ackerman@bartlitbeck.com<br><br>Phone: (312) 494-4400 |

## Adverse Parties (continued)

| | |
|---|---|
| Adverse Party: E.I. du Pont de Nemours & Company<br><br>Attorney: Katharine A Roin<br>Address:   Bartlit Beck LLP<br>         54 W Hubbard Street<br>         Chicago, IL 60654<br><br>E-mail: kate.roin@bartlitbeck.com<br><br>Phone: (312) 494-4400 | Adverse Party: E.I. du Pont de Nemours & Company<br><br>Attorney: Amy R. McCalib<br>Address:   Bartlit Beck LLP<br>         54 W Hubbard Street<br>         Chicago, IL 60654<br><br>E-mail: amy.gore@bartlitbeck.com<br><br>Phone: (312) 494-4400 |

## Adverse Parties (continued)

| | |
|---|---|
| Adverse Party: Plaintiffs<br><br>Attorney: Fred Thompson , III<br>Address:   Motley Rice (Mt Pl)<br>         28 Bridgeside Boulevard<br>         Mt Pleasant, SC 29464<br><br>E-mail: fthompson@motleyrice.com<br><br>Phone: (843) 216-9000 | Adverse Party: Plaintiffs<br><br>Attorney: Joseph F Rice<br>Address:   Motley Rice<br>         PO Box 1792<br>         Mt Pleasant, SC 29465<br><br>E-mail: jrice@motleyrice.com<br><br>Phone: (843) 216-9000 |

| **Adverse Parties (continued)** | |
|---|---|
| Adverse Party: Plaintiffs<br><br>Attorney: Michael A London<br>Address: Douglas and London PC<br>59 Maiden Lane<br>6th Floor<br>New York, NY 10038<br><br>E-mail: mlondon@douglasandlondon.com<br><br>Phone: (212) 566-7500 | Adverse Party: Plaintiffs<br><br>Attorney: Paul J Napoli<br>Address: Napoli Shkolnik<br>1302 Avenida Ponce de Leon<br>Santurce<br>Puerto Rico<br><br>E-mail: pnapoli@napolilaw.com<br><br>Phone: (833) 271-4502 |
| **Adverse Parties (continued)** | |
| Adverse Party: Plaintiffs<br><br>Attorney: Scott Summy<br>Address: Baron & Budd PC<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br><br>E-mail: ssummy@baronbudd.com<br><br>Phone: (214) 521-3605 | Adverse Party: Plaintiffs<br><br>Attorney: Frederick S. Longer<br>Address: Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br><br>E-mail: FLonger@lfsblaw.com<br><br>Phone: (215) 592-1500 |