UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 2, 2024

_____

No. 24-1225
(2:18-mn-02873-RMG)
(2:23-cv-03230-RMG)

_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

-------------------------------

METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

        Appellant

v.

CITY OF CAMDEN; CITY OF BROCKTON; CITY OF SIOUX FALLS; CALIFORNIA WATER SERVICE COMPANY; CITY OF DELRAY BEACH; CORAOPOLIS WATER & SEWER AUTHORITY; TOWNSHIP OF VERONA; DUTCHESS COUNTY WATER AND WASTEWATER AUTHORITY AND DALTON FARMS WATER SYSTEM; CITY OF SOUTH SHORE; CITY OF FREEPORT; MARTINSBURG MUNICIPAL AUTHORITY; SEAMAN COTTAGES; VILLAGE OF BRIDGEPORT; CITY OF BENWOOD; NIAGARA COUNTY; CITY OF PINEVILLE; CITY OF LUKA, individually and on behalf of all others similarly situated

        Plaintiffs - Appellees

and

THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; E. I. DUPONT DE NEMOURS & COMPANY, now known as EIDP, Inc.; CORTEVA INC.; DUPONT DE NEMOURS INC.

        Defendants - Appellees

and

CITY OF WATERTOWN

        Defendant

---

## AMENDED CAPTION NOTICE
---

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Kirsten Hancock, Deputy Clerk
804-916-2704