# No. 24-1225

IN THE

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

In re: **AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
RICHARD M. GERGEL, DISTRICT JUDGE · CASE NO. 2:23-CV-03230-RMG
MULTIJURISDICTIONAL CASE NO. 2:18-MN-2873-RMG

## MOTION TO DISMISS APPEAL

**HORVITZ & LEVY** LLP
MITCHELL C. TILNER
PEDER K. BATALDEN
3601 WEST OLIVE AVENUE, 8TH FLOOR
BURBANK, CALIFORNIA 91505-4681
(818) 995-0800

ATTORNEYS FOR APPELLANT
**THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA**

# MOTION TO DISMISS APPEAL

Under Federal Rule of Appellate Procedure 42(b), The

Metropolitan Water District of Southern California hereby moves the

Court for an order dismissing the above-captioned appeal.

We have spoken with counsel for the other parties to this appeal,

none of whom objects to this dismissal. All parties shall bear their own

attorney's fees and costs in connection with this appeal.

April 16, 2024                    **HORVITZ & LEVY LLP**
                                     MITCHELL C. TILNER
                                     PEDER K. BATALDEN

                                   By:            s/Peder K. Batalden

                                   Attorneys for Appellant
                                   **THE METROPOLITAN WATER
                                   DISTRICT OF SOUTHERN
                                   CALIFORNIA**

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. _____     Caption: _____

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

> **Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

> **Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

> **Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

    [ ]   this brief or other document contains _____ [*state number of*] words

    [ ]   this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

    [ ]   this brief or other document has been prepared in a proportionally spaced typeface using
          _____ [*identify word processing program*] in
          _____ [*identify font size and type style*]; **or**

    [ ]   this brief or other document has been prepared in a monospaced typeface using
          _____ [*identify word processing program*] in
          _____ [*identify font size and type style*].

(s) _____

Party Name _____

Dated: _____