UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1225
(2:18-mn-02873-RMG)
(2:23-cv-03230-RMG)

_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY
LITIGATION

------------------------------

METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

          Appellant

v.

CITY OF CAMDEN; CITY OF BROCKTON; CITY OF SIOUX FALLS;
CALIFORNIA WATER SERVICE COMPANY; CITY OF DELRAY BEACH;
CORAOPOLIS WATER & SEWER AUTHORITY; TOWNSHIP OF VERONA;
DUTCHESS COUNTY WATER AND WASTEWATER AUTHORITY AND
DALTON FARMS WATER SYSTEM; CITY OF SOUTH SHORE; CITY OF
FREEPORT; MARTINSBURG MUNICIPAL AUTHORITY; SEAMAN
COTTAGES; VILLAGE OF BRIDGEPORT; CITY OF BENWOOD; NIAGARA
COUNTY; CITY OF PINEVILLE; CITY OF IUKA, individually and on behalf
of all others similarly situated

          Plaintiffs - Appellees
 and

THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; E. I.
DUPONT DE NEMOURS & COMPANY, now known as EIDP, Inc.; CORTEVA
INC.; DUPONT DE NEMOURS INC.

          Defendants - Appellees

and

CITY OF WATERTOWN

       Defendant

_____

O R D E R

_____

      Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                          For the Court--By Direction

                          /s/ Nwamaka Anowi, Clerk